UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:16-CR-15 |
| | ) | |
| TABATHA DRAKE | ) | |

## **DESTRUCTION ORDER**

This matter comes before the Court for an Order authorizing the destruction of rolling papers, which is currently in the custody of the U.S. Probation Office. The rolling papers are to be destroyed or disposed of pursuant to policy of the U.S. Probation Office.

Additionally, the U.S. Probation Office seeks permission to retain a marijuana smoking apparatus and a marijuana grinder, which were seized from the defendant, to be used for training purposes.

So Ordered.

_____
J. RONNIE GREER
UNITED STATES DISTRICT JUDGE