# UNITED STATES DISTRICT COURT

EASTERN      DISTRICT OF        TENNESSEE

USA

V.

TABATHA DRAKE

**EXHIBIT AND WITNESS LIST**

Case Number:  2:16-CR-15

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| CLIFTON L. CORKER | | | DAVID GUNN | ROSANA BROWN |
| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |
| JUNE 8, 2017 | | | DCR | KIM OTTINGER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/8/17 | | | |
| | W | | | | ASHLEY NEWLAND, USPO |
| | 1 | | X | X | LETTER W/ATTACHMENTS ON SULLIVAN CO. CORRECTIONS PROGRAM |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.